## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

AT&T MOBILITY LLC,

          Plaintiff,

    v.

MICHAEL PRINCI,

          Defendant.

Civil Action No. 1:11-cv-11448

**DECLARATION OF JOSEPH R. BAKER**

I, Joseph R. Baker, hereby declare as follows:

1.      I am an attorney with the law firm Mayer Brown LLP.

2.      The following facts are of my own personal knowledge, and if called as a witness, I could and would testify competently as to their truth.

### GENERAL DOCUMENTS

<u>Merger Announcement and Agreement</u>

3.      Attached to this Declaration as Exhibit 1 is a true and correct copy of an AT&T News Release dated March 20, 2011, entitled "AT&T to Acquire T-Mobile USA from Deutsche Telekom," as retrieved from the AT&T/T-Mobile merger website (http://mobilizeeverything.com/uploaded-files/AT_T_to_Acquire_T-Mobile_USA_From_Deutsche_Telekom.pdf) on September 3, 2011.

4.      Attached to this Declaration as Exhibit 2 is a true and correct copy of the Stock Purchase Agreement by and between Deutsche Telekom AG and AT&T Inc., dated as of March 20, 2011, as filed with the FCC on April 21, 2011 as Exhibit 3 to Form 603 of the parties' Application for Assignments of Authorization and Transfers of Control in connection with the proposed AT&T/T-Mobile merger, as retrieved from the FCC's public website for the AT&T/T-

Mobile merger, WT Docket No. 11-65 (http://transition.fcc.gov/transaction/att-tmobile.html) (hereinafter, the "FCC Merger Website"), on August 19, 2011.

FCC Docket Materials

5.      Attached to this Declaration as Exhibit 3 is a true and correct copy of the public website docket page for the FCC's AT&T/T-Mobile merger proceeding, WT Docket No. 11-65, as retrieved from the FCC Merger Website on September 3, 2011.

6.      Attached to this Declaration as Exhibit 4 is a true and correct copy of a search result page generated and printed on September 1, 2011, using the FCC's Electronic Comment Filing System (http://fjallfoss.fcc.gov/ecfs/proceeding_search/input?z=wry71) to search for the AT&T/T-Mobile merger proceeding, WT Docket No. 11-65.  According to the result page, as of September 1, 2011 the FCC had received 43,590 public filings in the AT&T/T-Mobile proceeding.

7.      Attached to this Declaration as Exhibit 5 is a true and correct copy of a search result page generated and printed on September 1, 2011, using the FCC's Electronic Comment Filing System (http://fjallfoss.fcc.gov/ecfs/fulltext/form.jsp) to search for all filings in the AT&T/T-Mobile merger proceeding, WT Docket No. 11-65, while selecting an option to exclude brief comments.  According to the result page, as of September 1, 2011 the FCC had received 2,942 public filings in the AT&T/T-Mobile proceeding that are not brief comments.

8.      Attached to this Declaration as Exhibit 6 is a true and correct copy of a search result history report generated on September 1, 2011, using the FCC's Electronic Comment Filing System (http://fjallfoss.fcc.gov/ecfs/comment_search/input?z=7874) displaying the date, document type, and applicant information for each of the 2,942 public filings in the AT&T/T-Mobile proceeding that are not brief comments.

9.      Attached to this Declaration as Exhibit 7 is a true and correct copy of a Notice of Ex Parte Meeting dated July 15, 2011 signed by Renata Hesse, Senior Counsel to the Chairman for Transactions at the Federal Communications Commission, as retrieved from the FCC Merger Website on August 18, 2011.

FCC Information Requests

10.      Attached to this Declaration as Exhibit 8 is a true and correct copy of an FCC Request for Information to William R. Drexel, AT&T Inc., dated May 27, 2011, from Ruth Milkman, Chief, Wireless Telecommunications Bureau, as retrieved from the FCC Merger Website on September 3, 2011.

11.      Attached to this Declaration as Exhibit 9 is a true and correct copy of an FCC Supplemental Request for Information to Eric B. Graham, Cellular South, Inc., and David L. Nace, Lukas Nace Gutierrez & Sachs, LLP, Counsel for Cellular South, Inc., dated June 27, 2011, signed by Rick Kaplan, Chief, Wireless Telecommunications Bureau, as retrieved from the FCC Merger Website on August 31, 2011.

12.      Attached to this Declaration as Exhibit 10 is a true and correct copy of an FCC Supplemental Request for Information to Robert J. Irving, Jr., Leap Wireless International, Inc. and Cricket Communications, Inc., and James H. Barker, Latham & Watkins LLP, Counsel for Leap Wireless International, Inc. and Cricket Communications, Inc., dated June 27, 2011, signed by Rick Kaplan, Chief, Wireless Telecommunications Bureau, as retrieved from the FCC Merger Website on August 31, 2011.

13.      Attached to this Declaration as Exhibit 11 is a true and correct copy of an FCC Supplemental Request for Information to Mark A. Stachiw, MetroPCS Communications, Inc., and Jean Kiddo, Bingham McCutchen LLP, Counsel for MetroPCS Communications, Inc., dated

June 27, 2011, signed by Rick Kaplan, Chief, Wireless Telecommunications Bureau, as retrieved from the FCC Merger Website on August 31, 2011.

14. Attached to this Declaration as Exhibit 12 is a true and correct copy of an FCC Supplemental Request for Information to Lawrence R. Krevor, Sprint Nextel Corporation and Toni Cook Bush , Skadden Arps Slate Meagher & Flom LLP, Counsel for Sprint Nextel Corporation, dated June 27, 2011, signed by Rick Kaplan, Chief, Wireless Telecommunications Bureau, as retrieved from the FCC Merger Website on August 31, 2011.

15. Attached to this Declaration as Exhibit 13 is a true and correct copy of an FCC Supplemental Request for Information to John Gockley, United States Cellular Corporation and Peter M. Connolly, Holland & Knight, LLP, Counsel for United States Cellular Corporation, dated June 27, 2011, signed by Rick Kaplan, Chief, Wireless Telecommunications Bureau, as retrieved from the FCC Merger Website on August 31, 2011.

16. Attached to this Declaration as Exhibit 14 is a true and correct copy of an FCC Supplemental Request for Information to John T. Scott III, Verizon Wireless, dated June 27, 2011, signed by Rick Kaplan, Chief, Wireless Telecommunications Bureau, as retrieved from the FCC Merger Website on August 31, 2011.

<u>State Public Utilities Commissions</u>

17. Attached to this Declaration as Exhibit 15 is a true and correct copy of a June 27, 2011 Arizona Corporation Commission Order for the AT&T/T-Mobile merger retrieved from the Arizona Corporation Commission's public website for the AT&T/T-Mobile merger, Docket No. T-02428A-11-0170, on August 18, 2011.

18. Attached to this Declaration as Exhibit 16 is a true and correct copy of a June 9, 2011 California Public Utilities Commission press release announcing that the Commission "will look into AT&T's proposed acquisition of T-Mobile USA, Inc. in order to investigate, gather,

and analyze information relevant to the proposed merger's effects on the California economy and California consumers" retrieved from the California Public Utilities Commission's public website on August 18, 2011.

19.     Attached to this Declaration as Exhibit 17 is a true and correct copy of the June 9, 2011 California Public Utilities Commission docket for Proceeding I1106009 retrieved from the California Public Utilities Commission's public website for the AT&T/T-Mobile merger, Proceeding I1106009, on August 18, 2011.

20.     Attached to this Declaration as Exhibit 18 is a true and correct copy of the Hawaii Public Utilities Commission docket for Docket No. 2011-0083 retrieved from the Hawaii Public Utilities Commission's public website for the AT&T/T-Mobile merger, Docket No. 2011-0083, on August 18, 2011.

21.     Attached to this Declaration as Exhibit 19 is a true and correct copy of a July 19, 2011 Louisiana Public Service Commission Staff's Report and Recommendation for the AT&T/T-Mobile merger retrieved from the Louisiana Public Service Commission's public website for the AT&T/T-Mobile merger, Docket No. S-31946, on August 18, 2011.

22.     Attached to this Declaration as Exhibit 20 is a true and correct copy of the Public Service Commission of West Virginia Commission Order for the AT&T/T-Mobile merger retrieved from the Public Service Commission's public website for the AT&T/T-Mobile merger, Docket No. 11-0563-C-PC, on August 18, 2011.

### AT&T PUBLIC INTEREST STATEMENT

23.     Attached to this Declaration as Exhibit 21 is a true and correct copy of the redacted Description of Transaction, Public Interest Showing and Related Demonstrations (hereinafter, the "AT&T Public Interest Statement") filed with the FCC on April 21, 2011, as retrieved from the FCC Merger Website on August 18, 2011.

24.     Attached to this Declaration as Exhibit 22 is a true and correct copy of Appendix A to the April 21, 2011 AT&T Public Interest Statement, as retrieved from the FCC Merger Website on August 18, 2011.

25.     Attached to this Declaration as Exhibit 23 is a true and correct copy of Appendix B to the April 21, 2011 AT&T Public Interest Statement, as retrieved from the FCC Merger Website on August 18, 2011.

26.     Attached to this Declaration as Exhibit 24 is a true and correct copy of Appendix C to the April 21, 2011 AT&T Public Interest Statement, as retrieved from the FCC Merger Website on August 18, 2011.

27.     Attached to this Declaration as Exhibit 25 is a true and correct copy of the redacted  Declaration of David A. Christopher, Chief Marketing Officer of the Mobility and Consumer Markets business for AT&T Mobility Services LLC, submitted with the April 21, 2011 AT&T Public Interest Statement, as retrieved from the FCC Merger Website on August 18, 2011.

28.     Attached to this Declaration as Exhibit 26 is a true and correct copy of the redacted Declaration of Dennis W. Carlton, Allan Shampine, and Hal Sider of Compass Lexecon, submitted with the April 21, 2011 AT&T Public Interest Statement, as retrieved from the FCC Merger Website on August 18, 2011.

29.     Attached to this Declaration as Exhibit 27 is a true and correct copy of the Declaration of John Donovan, Chief Technology Officer of AT&T Services, Inc., submitted with the April 21, 2011 AT&T Public Interest Statement, as retrieved from the FCC Merger Website on August 18, 2011.

30.     Attached to this Declaration as Exhibit 28 is a true and correct copy of the redacted Declaration of William Hogg, Senior Vice President of Network Planning and Engineering for AT&T Services, Inc., submitted with the April 21, 2011 AT&T Public Interest Statement, as retrieved from the FCC Merger Website on August 18, 2011.

31.     Attached to this Declaration as Exhibit 29 is a true and correct copy of the Declaration of Rick L. Moore, Senior Vice President of Corporate Development for AT&T Inc., submitted with the April 21, 2011 AT&T Public Interest Statement, as retrieved from the FCC Merger Website on August 18, 2011.

32.     Attached to this Declaration as Exhibit 30 is a true and correct copy of the redacted Declaration of Thorsten Langheim, Senior Vice President of Mergers and Acquisitions of Deutsche Telekom AG, submitted with the April 21, 2011 AT&T Public Interest Statement, as retrieved from the FCC Merger Website on August 18, 2011.

33.     Attached to this Declaration as Exhibit 31 is a true and correct copy of the redacted Declaration of Dr. Kim Kyllesbech Larsen, Senior Vice President for Technology Service and International Network Economics of Deutsche Telekom AG, submitted with the April 21, 2011 AT&T Public Interest Statement, as retrieved from the FCC Merger Website on August 18, 2011.

## AT&T OPPOSITION TO PETITIONS TO DENY

34.     Attached to this Declaration as Exhibit 32 is a true and correct copy of the redacted Joint Opposition of AT&T Inc., Deutsche Telekom AG, and T-Mobile USA, Inc. to Petitions to Deny and Reply to Comments ("AT&T Opposition"), submitted to the FCC on June 10, 2010, as retrieved from the FCC Merger Website on August 18, 2011.

35.     Attached to this Declaration as Exhibit 33 is a true and correct copy of the redacted Declaration of Parley Casto, Assistant Vice President of Pricing – Business Marketing

for AT&T Services, Inc., submitted with the June 10, 2011 AT&T Opposition, as retrieved from the FCC Merger Website on August 18, 2011.

36.     Attached to this Declaration as Exhibit 34 is a true and correct copy of the redacted Declaration of David Christopher, Chief Marketing Officer of the Mobility and Consumer Markets business for AT&T Mobility Services LLC, submitted with the June 10, 2011 AT&T Opposition, as retrieved from the FCC Merger Website on August 18, 2011.

37.     Attached to this Declaration as Exhibit 35 is a true and correct copy of the redacted Declaration of William W. Hague, Executive Vice President for International, Alliances and Integration for AT&T Mobility and Consumer Markets for AT&T Mobility Services LLC, submitted with the June 10, 2011 AT&T Opposition, as retrieved from the FCC Merger Website on August 18, 2011.

38.     Attached to this Declaration as Exhibit 36 is a true and correct copy of the redacted Reply Declaration of William Hogg, Senior Vice President of Network Planning and Engineering for AT&T Services, Inc., submitted with the June 10, 2011 AT&T Opposition, as retrieved from the FCC Merger Website on August 18, 2011.

39.     Attached to this Declaration as Exhibit 37 is a true and correct copy of the redacted Declaration of Kevin Peters, Chief Marketing Officer for AT&T Business Solutions, submitted with the June 10, 2011 AT&T Opposition, as retrieved from the FCC Merger Website on August 18, 2011.

40.     Attached to this Declaration as Exhibit 38 is a true and correct copy of the redacted Declaration of James Alling, Chief Operations Officer and Executive Vice President for T-Mobile USA, Inc., submitted with the June 10, 2011 AT&T Opposition, as retrieved from the FCC Merger Website on August 18, 2011.

41.     Attached to this Declaration as Exhibit 39 is a true and correct copy of the redacted Declaration of Cole Brodman, Executive Vice President and Chief Marketing Officer for T-Mobile USA, Inc., submitted with the June 10, 2011 AT&T Opposition, as retrieved from the FCC Merger Website on August 18, 2011.

42.     Attached to this Declaration as Exhibit 40 is a true and correct copy of the redacted Declaration of Dr. Kim Kyllesbech Larsen, Senior Vice President for Technology Service and International Network Economics of Deutsche Telekom AG, submitted with the June 10, 2011 AT&T Opposition, as retrieved from the FCC Merger Website on August 18, 2011.

43.     Attached to this Declaration as Exhibit 41 is a true and correct copy of the redacted Declaration of David A. Mayo, Senior Vice President of Technology Strategy, Finance and Development for T-Mobile USA, Inc., submitted with the June 10, 2011 AT&T Opposition, as retrieved from the FCC Merger Website on August 18, 2011.

44.     Attached to this Declaration as Exhibit 42 is a true and correct copy of the redacted Reply Declaration of Dennis W. Carlton, Allan L. Shampine, and Hal S. Sider of Compass Lexecon, submitted with the June 10, 2011 AT&T Opposition, as retrieved from the FCC Merger Website on August 18, 2011.

45.     Attached to this Declaration as Exhibit 43 is a true and correct copy of the redacted Joint Declaration of Professor Jeffery H. Reed, Director of Wireless @ Virginia Tech and the Willis G. Worcester Professor of Electrical and Computer Engineering at Virginia Tech, and Dr. Nishith D. Tripathi, Award Solutions consultant, submitted with the June 10, 2011 AT&T Opposition, as retrieved from the FCC Merger Website on August 18, 2011.

46.     Attached to this Declaration as Exhibit 44 is a true and correct copy of the

redacted Reply Declaration of Robert D. Willig, Jonathan M. Orszag, and Jay Ezrielev of

Compass Lexecon, submitted with the June 10, 2011 AT&T Opposition, as retrieved from the

FCC Merger Website on August 18, 2011.

## CERTAIN STATEMENTS OF SUPPORTERS

47.     Attached to this Declaration as Exhibit 45 is a true and correct copy of comments

in support of the merger submitted to the FCC by Hance Haney, Senior Fellow and Director,

Technology & Democracy Project, Discovery Institute, as retrieved from the FCC Merger

Website on August 18, 2011.  The following statements appear at pages 2-3 of that document:

> (a)     "COMPTEL is a trade association that seeks to create and protect commercial opportunities for its members through legislation and regulation. When COMPTEL alleges 'difficulty for competitive providers,' it is unclear whether the organization is seriously suggesting that *competition* is threatened or merely that particular dues-paying members face the loss of a customer and may have to scramble to generate new business. It is the Commission's job to protect competition, not competitors. Incidentally, there are always opportunities for nimble competitors to prosper; well-run firms do not obtain inputs like special access from affiliated sources indefinitely if someone else offers a better value proposition. The deployment of fourth generation wireless services may create a new opening for competitors."

48.     Attached to this Declaration as Exhibit 46 is a true and correct copy of a June 20,

2011 letter in support of the merger submitted to the FCC by Americans for Prosperity, as

retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear

at page 1 of that document:

> (a)     "Contrary to the claims of critics, the wireless industry is intensely competitive. Indeed there are at least 5 competitors in 18 of the 20 largest markets, and at least 4 competitors in most other markets. The strong business case for the merger is therefore overwhelming evidence that it deserves regulatory approval."

> (b)     "Quite simply, the merger will unlock enormous value for customers by allowing more efficient and effective use of spectrum and unleashing a new wave of capital investment that will offer more fourth generation mobile broadband in more places, while spurring competitors to increase their own investment."

49.     Attached to this Declaration as Exhibit 47 is a true and correct copy of a June 20, 2011 letter in support of the merger submitted to the FCC by Digital Libertyy, a project of Americans for Tax Reform, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at pages 4-5 of that document:

> (a)     "AT&T suffers from capacity constraints and is behind Verizon in deploying 4G wireless broadband. The merger will allow AT&T to utilize T-Mobile's current HSPA+ broadband spectrum, cell sites, and other infrastructure to enhance and expand current 3G services, both in rural areas where build-out is lower and in urban areas where broadband demand often exceeds capacity. At the same time, the merger frees resources and leverages economies of scale to allow AT&T to speed up deployment of future 4G LTE infrastructure."

> (b)     "Acquiring T-Mobile's technology [AT&T] is poised to provide better competition for wireless broadband with Verizon, who is currently the largest carrier and is well into their LTE launch. In another example of true, non-metric competition in the market, in mid-June Verizon requested to swap a portion of their 700 MHz spectrum with U.S. Cellular's 1900 MHz spectrum in order to increase the quality and coverage of its network.  This decision follows the threat of competition from AT&T acquiring T-Mobile's spectrum. Both companies' decisions show a highly competitive wireless market where businesses constantly jostle to grow a customer base, reduce attrition rates, and ultimately improve service." (footnote omitted)

50.     Attached to this Declaration as Exhibit 48 is a true and correct copy of a June 20, 2011 comment in support of the merger submitted to the FCC by the National Taxpayers Union, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 2 of that document:

> (a)     "As many current observers of telecommunications markets have contended, complaints from AT&T's competitors [regarding] the merger are by themselves admissions of concern that they will be forced to adopt new strategies for delivering services customers find attractive and valuable. In fact, if artificially high pricing levels were to be the result of the merger, the competitors would benefit and would likely stay silent."

51.     Attached to this Declaration as Exhibit 49 is a true and correct copy of a reply comment in support of the merger submitted to the FCC by the American Consumer Institute, as

retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 4 of that document:

    (a)    "To that end, it is not clear how Sprint/Nextel would be worse off if AT&T increased its prices, since higher prices would permit Sprint/Nextel to win market share and increase profits. On the other hand, if the merger were to lead to lower consumer prices and increased competition, Sprint/Nextel may have reason to oppose it. If this latter point proves true, blocking the merger would result in lost consumer welfare. In summary, Sprint/Nextel's claims and financial motives are inconsistent with one another. Therefore, the Commission should disregard what appears to be a self-interest perspective that may limit consumer benefits from increased price competition. In fact, some suggest that Sprint will uniquely benefit from the merger."

52.    Attached to this Declaration as Exhibit 50 is a true and correct copy of a reply comment in support of the merger submitted to the FCC by the Center for Individual Freedom, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 4 of that document:

    (a)    "[T]he available evidence indicates that the proposed merger would intensify market competition, not reduce it. Indeed, the very fact that conspicuous market competitors so desperately allege that the transaction would reduce competition suggests that it will actually increase competition."

    (b)    "For instance, Sprint Nextel Corporation states in its Opposition that 'the proposed transaction would lead to higher prices, less innovation, and lower quality service.'  If that allegation was accurate, however, Sprint itself would be the natural market beneficiary from any deterioration in competitors' service. If, as Sprint claims, T-Mobile's 'lower prices would likely be eliminated when T-Mobile's existing customer contracts expire,' then that would provide an immediate advantage for a competitor such as Sprint." (footnote omitted)

53.    Attached to this Declaration as Exhibit 51 is a true and correct copy of a June 20, 2011 letter in support of the merger submitted to the FCC by American Action Forum, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

    (a)    "If this merger is approved, consumers will still have a vast array of communications options, and many can use these services for free, or participate in a market that is experiencing price declines, not increases. For example, Free Press, Leap, and Cricket go to great lengths to demonstrate that the 'Top 2 Firm Share' has steadily

increased since 2003. Yet the facts simply do not support their claim that 'prices will likely rise' and 'less competition' will result."

> (b)    "[C]ompetition in the wireless market is incredibly healthy."

54.    Attached to this Declaration as Exhibit 52 is a true and correct copy of comments in support of the merger submitted to the FCC by The Free State Foundation, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 2 of that document:

> (a)    "The competition that exists in the market, the general rule that mergers produce procompetitive or at least benign effects, and the economic efficiencies generally created by network expansion and capacity upgrades are all factors weighing in favor of the merger proposal."

55.    Attached to this Declaration as Exhibit 53 is a true and correct copy of a May 31, 2011 letter in support of the merger submitted to the FCC by the Utah Taxpayers Association, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

> (a)    "The addition of T-Mobile's network for the purpose of building out the 4G LTE network is a fast and efficient way to meet consumer demand for mobile broadband. This demand is expected to continue increasing exponentially and will require the sort of investments and added efficiency a combined AT&T/T-Mobile organization would yield."

> (b)    "This move will only serve to increase competitiveness, which will improve service and lower prices accordingly. Wireless prices were lowered by roughly 50 percent between 1999 and 2009, a time in which five major industry mergers occurred."

56.    Attached to this Declaration as Exhibit 54 is a true and correct copy of a May 22, 2011 letter in support of the merger submitted to the FCC by the Thomas Jefferson Institute for Public Policy, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

> (a)    "This organization also believes in promoting strong competitive markets. We disagree with those who argue that the wireless marketplace will be less competitive

if this merger [is] approved. In fact, our review of what has been written about this plan concludes that the telecommunications industry will remain intensely competitive. Should this be the case, then all consumers will benefit."

57.     Attached to this Declaration as Exhibit 55 is a true and correct copy of a June 20, 2011 letter in support of the merger submitted to the FCC by the National Association of Hispanic Publications, Inc., as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

    (a)     "A large segment of the Hispanic population who are served by our member publications live in rural communities. Therefore, we are enthusiastic for how the combined resources of AT&T and T-Mobile would benefit underserved communities by extending 4G LTE coverage. Such an expansion would provide coverage to more than 97 percent of the U.S. population, an additional 55 million American residents."

    (b)     "We are equally hopeful [that] an extension of 4G LTE would lead to increased adoption of life improving applications that provide e-health, e-learning, and e-business interactions and information. In a world where reliable access to information is a necessity, improving overall service quality has become critical. Similarly, as our member publications diversify into trans-media approaches, we are hopeful that extending 4G LTE coverage will allow publishers to deliver richer and more informative content to an even larger audience in English and Spanish languages."

58.     Attached to this Declaration as Exhibit 56 is a true and correct copy of a June 17, 2011 letter in support of the merger submitted to the FCC by the National Hispanic Foundation for the Arts, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at pages 1-2 of that document:

    (a)     "A completed AT&T and T-Mobile deal also would bring 4G LTE high-speed wireless Internet to more than 97 percent of the population, creating previously unrealized opportunities for Hispanic artists and professionals, as well as the entire entertainment industry. It would be a winning result for consumers and the entertainment business, as new mobile device users would be able to seamlessly download and stream high-quality movies and music, and content creators, distributors and performers would be certain that their artistry was protected."

    (b)     "[T]he merger of the two companies would help put tens of thousands of unemployed Americans back to work. A May 2011 study by the Economic Policy Institute estimates that a completed AT&T and T-Mobile merger would create as many as 96,000 jobs, including direct employment within the primary industries 'that meet the additional demand for goods and services.' According to EPI, the proposed merger also

would create secondary supporting industries, adding 'induced jobs' by directing capital to local communities."

59.     Attached to this Declaration as Exhibit 57 is a true and correct copy of a June 17, 2011 letter in support of the merger submitted to the FCC by The Hispanic Institute, as retrieved from the FCC Merger Website on August 31, 2011.  The following statements appear at page 2 of that document:

    (a)     "The Hispanic Institute believes it is important for the FCC to recognize that while T-Mobile, 'the most expensive low-cost wireless provider,' is merging with AT&T, the aforementioned strong price competitors remain. Looking at the statistics, evidence, and existence of strong price competitors The Hispanic Institute is confident that prices will continue to favor consumers and remain in an unmistakable downward trend.  In addition, all wireless competitors, including AT&T, continue to develop innovative wireless plans enabling more consumer choice."

60.     Attached to this Declaration as Exhibit 58 is a true and correct copy of a May 25, 2011 letter in support of the merger submitted to the FCC by the United States Hispanic Chamber of Commerce, as retrieved from the FCC Merger Website on August 31, 2011.  The following statements appear at page 2 of that document:

    (a)     "USHCC believes the merger of AT&T and T-Mobile provides this nation and our constituents with a multitude of opportunities to expand their businesses, become suppliers to the telecommunications industry, or work for a great company like AT&T. While the spread of high-speed LTE broadband to a vast majority of the country will benefit Hispanics as business owners, it will also greatly impact us as consumers who are leading in adoption of mobile broadband."

61.     Attached to this Declaration as Exhibit 59 is a true and correct copy of a May 31, 2011 letter in support of the merger submitted to the FCC by the NAACP, 100 Black Men of America, National Newspaper Publishers Association, National Coalition on Black Civic Participation, National Council of Negro Women, National Black Farmers Association, National Organization of Black Elected Legislative Women, National Black Caucus of State Legislators, National Conference of Black Mayors, National Association of Black County Officials, Black College Communication Association, Southern Christian Leadership Conference, National

Organization of Black Law Enforcement Executives, National Cares Mentoring Movement,

National Black College Alumni Hall of Fame, National Association of Neighborhoods, Black

Leadership Forum.  The following statements appear at page 2 of that document:

> (a)   "The merger of AT&T with T-Mobile USA stands to bring some much-needed relief to the African American community by helping to close the digital divide and increasing access to vital services in urban and rural communities. This merger will provide the infrastructure needed to expand access to critical health care services, through expanded availability of new telehealth applications, as well as educational opportunities through advanced wireless technology. A combined AT&T and T-Mobile will bring wireless broadband access to underserved urban and rural communities, create cost-savings for consumers, and increas[e] jobs across the country."

62.   Attached to this Declaration as Exhibit 60 is a true and correct copy of a June 20,

2011 letter in support of the merger submitted to the FCC by the National Urban League and the

National Action Network, as retrieved from the FCC Merger Website on August 18, 2011.  The

following statements appear at page 5 of that document:

> (a)   "AT&T's plan to build out a national 4G network is exactly the kind of job creation engine the nation needs to bring about an end to the recession. The jobs devoted to the construction of the network, and the jobs created by the high tech economy to be built by the network, should vastly outweigh any short-term job loss attendant to combining redundant physical plants and cell sites between AT&T and T-Mobile."

63.   Attached to this Declaration as Exhibit 61 is a true and correct copy of a May 25,

2011 letter in support of the merger submitted to the FCC by the Asian Women in Business, as

retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear

at page 1 of that document:

> (a)   "AWIB believes the merger between AT&T and T-Mobile USA bodes well for economic development and supplier diversity. Given these positive developments, AWIB stands behind this merger as it will have a positive impact on the Asian American community. Not only will the merger spur direct investment – more than $8 billion in infrastructure investment by AT&T within seven years – but it will promote job growth as well."

64.   Attached to this Declaration as Exhibit 62 is a true and correct copy of a May 31,

2011 letter in support of the merger submitted to the FCC by the Communications Workers of

America, as retrieved from the FCC Merger Website on August 31, 2011.  The following statements appear at page 54 of the document:

 (a) "The Merger presents the Commission with a unique opportunity to expand high-speed broadband deployment throughout the United States. . . [and] improve the quality of service received by AT&T and T-Mobile customers, lower prices, create at least tens of thousands of jobs, increase economic growth, and strengthen workers' rights."

65. Attached to this Declaration as Exhibit 63 is a true and correct copy of a June 20, 2011 Reply Comments in support of the merger submitted to the FCC by the Communications Workers of America, as retrieved from the FCC Merger Website on August 31, 2011.  The following statements appear at pages 1-2 of the document:

 (a) "National labor unions representing more than 20 million working families, including the AFL-CIO, the Service Employees International Union, the Teamsters, the United Food and Commercial Workers, the International Union of Painters and Allied Trades, the United Mine Workers, the National Education Association, and the American Federation of Teachers, as well as numerous state and local labor federations, local unions, and labor groups representing Latino, African-American, women, and gay constituencies have joined with CWA in recognizing the benefits of the proposed merger in promoting access to good jobs at the only unionized wireless carrier in the United States, respect for workers' rights, and the expansion of high-speed wireless broadband." (footnotes omitted).

66. Attached to this Declaration as Exhibit 64 is a true and correct copy of a May 27, 2011 letter in support of the merger submitted to the FCC by the World Institute on Disability, as retrieved from the FCC Merger Website on August 31, 2011.  The following statements appear at page 1of that document:

 (a) "As a consequence of the AT&T and T-Mobile merger, many more persons with disabilities across the United States will gain access to the nation's largest 4G LTE network. This access will provide these people with the opportunity to avail themselves of a more modern, more responsive, more innovative and more interactive wireless network with the ability to adapt to their various needs and overcome their disabilities. WID has no doubt that the 4G LTE network will change the lives of persons with disabilities for the better."

67.     Attached to this Declaration as Exhibit 65 is a true and correct copy of a May 27, 2011 letter in support of the merger submitted to the FCC by the American Foundation for the Blind, as retrieved from the FCC Merger Website on August 31, 2011.  The following statements appear at page 1 of that document:

      (a)     "AT&T, through its merger with Cingular Wireless, was the first wireless service provider to subsidize access software for consumers with vision loss. This enabled consumers with vision loss to take advantage of innovative wireless communication technology using highly effective specialized software. Unfortunately, T-Mobile customers with vision loss have not experienced that kind of support and assistance from their service provider. AT&T has indicated that it is now preparing a strategy to support full access to phones using the Android operating system by supporting software developed by Code Factory. We are not aware of any such plans by T-Mobile."

68.     Attached to this Declaration as Exhibit 66 is a true and correct copy of a May 31, 2011 letter in support of the merger submitted to the FCC by the American Association of People with Disabilities, as retrieved from the FCC Merger Website on August 31, 2011.  The following statements appear at page 1 of that document:

      (a)     "Our understanding is that the new 4G LTE wireless technology that the combined AT&T and T-Mobile entity will deploy to almost the entire nation will provide faster wireless download speeds, and better voice and data quality. These network attributes will enhance the usage of wireless broadband for people with disabilities. For instance: people with visual disabilities rely on high quality sound/audio; people with hearing disabilities need reliable text and data plans; people with cognitive disabilities need high speed/no wait broadband access; and all people with disabilities need wireless availability for public safety and social connectivity."

69.     Attached to this Declaration as Exhibit 67 is a true and correct copy of a June 1, 2011 letter in support of the merger submitted to the FCC by the United Spinal Association, as retrieved from the FCC Merger Website on August 31, 2011.  The following statements appear at page 1 of that document:

      (a)     "Access to communications is no longer a luxury, and it is especially critical for millions of Americans with spinal cord injuries or disorders, and their employers, families and friends. Wireless technologies significantly contribute to the daily lives of Americans with disabilities. They increase opportunities for: civic and

social participation, connecting with loved ones and support systems; access to current information and other resources; and workforce participation."

70.     Attached to this Declaration as Exhibit 68 is a true and correct copy of a June 6, 2011 letter in support of the merger submitted to the FCC by Charles River Ventures, Technology Crossover Ventures, Matrix Partners, Norwest Venture Partners, Radar Partners, New Venture Partners and Lightspeed Ventures, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at pages 1-2 of that document:

(a)     "Many of the fast-growing companies we invest in are technology firms that would benefit greatly from the combination of AT&T and T-Mobile, a merger that will drive job growth, innovation and economic opportunity through a more efficient and robust national wireless network. From the mainframe to the PC to the microchip and the Internet, venture capitalists are an integral part of an economic model that has proven to be successful time and time again."

(b)     "By combining the physical infrastructure and spectrum positions of the two companies, the merged entity will be able to accomplish what neither firm can do on its own: namely, deploying a 4G LTE broadband infrastructure to more than 97% of the United States population. That commitment would ensure that millions of Americans throughout the United States will have access to a network that will promote innovative technologies, applications and devices.  This foundation will help ensure that venture capitalists and innovators can continue to do what they do best: lead the world in developing new robust applications, software and technology. This merger represents a critical part of the solution to our spectrum crisis in the United States."

71.     Attached to this Declaration as Exhibit 69 is a true and correct copy of May 29, 2011 comments in support of the merger submitted to the FCC by CONNECT, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)     "CONNECT's mission is to propel creative ideas and emerging technologies to the marketplace by connecting entrepreneurs with the comprehensive resources they need to sustain viability and business vibrancy. That mission should be enhanced by the proposed merger of AT&T and T-Mobile. Of significant concern to start-up tech innovation is the continued and critical need for additional spectrum. Because spectrum incentive auctions are unlikely to occur in the short-term and because the merger will result in more rapid deployment of next generation LTE services to more Americans, there is a high probability that more innovators in more areas of the country will have access to wireless services. Such expanded access will most likely result in new

start-up companies, new jobs and new technological innovations across various sectors including wireless healthcare, education, IT, cleantech, and life sciences."

72.     Attached to this Declaration as Exhibit 70 is a true and correct copy of a May 13, 2011 comment in support of the merger submitted to the FCC by the Songwriters Guild of America, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at pages 1-2 of that document:

(a)     "If the primary purpose behind consumer demand for smart phones is content, and if the acquiring party in this transaction has a progressive policy on content protection, then content creators (such as songwriters) and content consumers (most smart phone owners) will clearly benefit."

(b)     "AT&T and T-Mobile are not simply *suppliers* of wireless service to consumers, they are also *distributors* of intellectual property (such as music) to the public. As a result, the creators of music (like songwriters) are 'suppliers' to these distributors, and are equally interested parties to this transaction. 'Music suppliers' do not have a choice of who distributes our works: if we did, we would choose broadband and wireless distributors that protect the integrity of our product, because when intellectual property is protected, then artistic and business innovation results. Pro-innovation results are inherently 'pro-competitive,' according to the DOJ and FTC Merger Guidelines, and therefore are in the public interest."

(c)     "But at this rare moment, songwriters do have a 'choice:' when a wireless and broadband provider that supports content protection (AT&T) proposes to acquire a carrier that has not recognized the value of such protection (T-Mobile), we choose enthusiastically to support the transaction. The result of the transaction will be good for the protection of intellectual property, will strengthen the economic incentives for creators to innovate and be compensated for their efforts, and as a result will promote efficiency and competition in the market for music, movies, games, and related entertainment."

73.     Attached to this Declaration as Exhibit 71 is a true and correct copy of a June 1, 2011 letter in support of the merger submitted to the FCC by the Montana Taxpayers Association, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)     "The combined AT&T and T-Mobile will synergize their capabilities to offer customers stronger, faster high-speed Internet. Coupled with the flexibility of cloud-based computing, and harnessing the power of spectral efficiencies, the merged company

will put a mighty tool – state-of-the-art mobile broadband – in the hands of Montana's businesses."

    (b)    "Small businesses especially will feel the difference. With revitalized communications capabilities, they can streamline their daily operations, strengthen their marketing initiatives, and stay current on developments in their industry. Meanwhile, the communities that these small business [sic] sustain will also discover the benefits of higher quality broadband for education, health care, and – particularly important to us at the Montana Taxpayers Association – government transparency and communication with constituents."

74.    Attached to this Declaration as Exhibit 72 is a true and correct copy of a May 23, 2011 letter in support of the merger submitted to the FCC by the Tennessee Center for Policy Research, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

    (a)    "Businesses especially will welcome the advantages of this merger, as seamless broadband access will encourage increased productivity. It will also support freer communication among employers and staff, among suppliers and buyers, and ultimately customers – at faster speeds and, likely, at a lower cost to all parties."

75.    Attached to this Declaration as Exhibit 73 is a true and correct copy of a June 20, 2011 letter in support of the merger submitted to the FCC by the East Hartford Chamber of Commerce, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

    (a)    "Regarding the specifics of the proposed AT&T/ T-Mobile Merger, I am confident that the announced merger falls in line with my organization's mission to help our members leverage all available resources to develop and grow successful businesses. The combined network capabilities of AT&T and T-Mobile will deliver improved mobile broadband coverage that will in turn decrease dead spots and drop-zones, increased mobile download speeds and dramatically expanded 4G technology. Improved communication networks and increased wireless broadband capability will only help businesses to develop more efficient, streamline and competitive practices to better serve their patrons."

76.    Attached to this Declaration as Exhibit 74 is a true and correct copy of a June 9, 2011 letter in support of the merger submitted to the FCC by The Chamber of Commerce of

Hawaii, as retrieved from the FCC Merger Website on August 18, 2011.  The following

statements appear at page 1 of that document:

> (a)      "Combining AT&T's and T-Mobile's networks will make more efficient use of currently available spectrum, improving . . . dropped call rates and data download speeds. The installation of 4G LTE technology will bring the fastest mobile broadband experience available to within reach of most of Hawaii's population. We expect that these investments will accelerate growth and innovation in not just the high tech sector, but across sectors of business in Hawaii."

> (b)      "Lastly, tourism is a significant component to Hawaii's economy. Visitors from other states and countries arrive with their mobile devices and rely upon those devices to connect them to products and services provided by our businesses. The AT&T/T-Mobile merger will provide a better network experience for those travellers, which will in turn provide a benefit to Hawaii's economy."

77.      Attached to this Declaration as Exhibit 75 is a true and correct copy of a May 25,

2011 letter in support of the merger submitted to the FCC by Georgia Partnership for TeleHealth,

Inc, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements

appear at page 1 of that document:

> (a)      "The recently announced merger of T-Mobile and AT&T will help forward the cause of telemedicine through increased access and innovation…. This higher-speed service will enable both video and large amounts of data to travel over a wireless network, meaning anyone within reach of the signal can have broadband access."

> (b)      " Such broadband reach will help us further the Open Access network, a web of access points across Georgia connecting existing and new telemedicine locations with the purpose of delivering specialty services in a timely fashion, regardless of where patients are in the state. This program makes specialists and physicians quickly available for local consultations."

78.      Attached to this Declaration as Exhibit 76 is a true and correct copy of a July 15,

2011 letter in support of the merger submitted to the FCC by the Sunrise County Economic

Council, as retrieved from the FCC Merger Website on August 18, 2011.  The following

statements appear at page 1 of that document:

> (a)      "While small- and micro-businesses across the country utilize wireless technologies every day to facilitate sales, improve customer support, train their

employees, increase efficiency, reach and develop markets, and conduct routine business, small businesspeople in rural Maine aren't quite so fortunate. AT&T/T-Mobile proposes to change that by expanding coverage into our region, upgrading our tech infrastructure, and helping reposition the Maine marketplace for success."

(b)     "Additionally, this merger will bring higher-paying tech and construction jobs to our state and make Eastern and Northern regions more attractive for companies that depend on larger amounts of bandwidth to conduct business, and help Maine keep some of its younger, more tech-savvy workers, workers who would otherwise leave the state for better-paying jobs with quality benefits packages."

79.     Attached to this Declaration as Exhibit 77 is a true and correct copy of a May 25, 2011 letter in support of the merger submitted to the FCC by RLJ-McLarty-Landers Automotive Holdings, LLC, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)     "[M]any businesses around Arkansas, new and old, need the widespread LTE service that the AT&T and T-Mobile merger will provide to ensure their ability to keep up with the rest of the country in this digital age."

(b)     "Faster speed, higher quality, greater network capacity, and better performance are just some of the benefits that Arkansas businesses would incur. The AT&T network would support innovative technology, such as mobile applications, that would allow companies to extend new services to consumers who would also be better able to access them."

80.     Attached to this Declaration as Exhibit 78 is a true and correct copy of a May 19, 2011 letter in support of the merger submitted to the FCC by the California Manufacturers and Technology Association, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at pages 1-2 of that document:

(a)     "Along with this growth have come many challenges and opportunities. We believe AT&T's acquisition of T-Mobile USA will provide a great benefit to California consumers and the economy, and we urge your support without unnecessary delay. The merger would:

- Strengthen and expand mobile broadband networks to accelerate the continued growth and innovation of the high-tech industry including device makers, apps developers and content creators. Many of these companies represent jobs and investment that didn't even exist a few years ago.
- Address the spectrum issue and impact on mobile broadband service which poses a direct threat to the continued growth of the entire mobile ecosystem. This

transaction is a fast and certain solution to this problem which is now limiting each company's ability to meet explosive demand growth.

- By creating more capacity it will quickly and dramatically improve voice and data service quality for tens of millions of customers. Users should experience significant improvements in dropped and blocked call rates, and fewer failed or slow data downloads - of particular significance in key areas in California.

- Consumers AND technology companies will benefit from a strengthened and expanded mobile broadband platform, including device makers, cloud service providers, application developers, content providers and specialized service providers."

81.     Attached to this Declaration as Exhibit 79 is a true and correct copy of a July 28, 2011 letter in support of the merger submitted to the FCC by Blackford County Economic Development, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at pages 1-2 of that document:

(a)     "In addition to economic improvements, this merger would benefit many other sectors of society throughout Blackford County. For example, rural telemedicine applications can be improved and built upon if this merger is allowed to proceed. By increasing the scope of wireless broadband, more of our sick neighbors or elderly citizens could use telemedicine to instantly connect to doctors or hospitals. This type of innovation in the healthcare field could provide increased comfort while reducing cost and maintaining a high quality of care. Additional improvements could be extended to education and business practices. Via the use of teleconferencing and remotely utilizing online education resources, our communities can save money and communicate more efficiently from nearly anywhere in the county, regardless of how rural the location is today."

(b)     "Clearly there are many significant improvements that could be extended throughout Blackford County once this merger is approved. By permitting this transaction to proceed, the FCC would be making way for a flood of societal and economic improvements to improve the quality of life in our rural county."

82.     Attached to this Declaration as Exhibit 80 is a true and correct copy of a May 27, 2011 letter in support of the merger submitted to the FCC by The National Grange, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)     "AT&T's merger with T-Mobile makes additional investment in wireless broadband for rural areas a *certainty*. AT&T has committed to a more robust national build-out as part of this deal, which is why, on behalf of our members, we support its

approval. As we have stated in prior correspondence with the Commission, rural Americans deserve adequate access to modern communications technology."

83.     Attached to this Declaration as Exhibit 81 is a true and correct copy of a May 25, 2011 letter in support of the merger submitted to the FCC by the Intertribal Agricultural Council, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at pages 1-2 of that document:

      (a)     "We are writing today to encourage you to approve the proposed AT&T-T-Mobile merger because it will bring direct benefits to the Indian agricultural producers and Tribal agencies with whom we work. If the merger is approved, AT&T has promised to bring high-speed wireless Internet connections to a much larger section of the country faster than it would be able to do if the merger is not approved. This includes many areas in Indian Country that are not currently served or are served only through slower, less reliable systems."

      (b)     "Once our farmers and Tribal agencies have access to high-speed broadband, they can monitor market conditions to determine when and where to sell their products for the highest profit, monitor weather conditions in real time, and participate more fully in agricultural extension and education programs remotely. They will be able to sell to new markets, build national brand awareness, and be able to grow and expand their businesses, which will add much-needed employment in hard-hit Native communities. But all these benefits can only come if there is real access to high-speed wireless broadband, and for the foreseeable future, that can only come if the AT&T/T-Mobile merger is approved."

84.     Attached to this Declaration as Exhibit 82 is a true and correct copy of a June 20, 2011 letter in support of the merger submitted to the FCC by the New Jersey Farm Bureau, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

      (a)     "The proposed merger between AT&T and T-Mobile USA is expected to result in expanded and improved mobile broadband service. Combining the two companies' resources will make possible a 4G LTE network that will reach 97.3 percent of the nation's population. At New Jersey Farm Bureau, we believe this will be a tremendous benefit to our state's agriculture industry and rural areas."

      (b)     "New Jersey has many rural areas and a significant agriculture industry, the future of which relies on incorporating broadband technology into daily operations and overall business models. Mobile broadband offers many opportunities for those in the agriculture industry to increase the efficiency of their businesses. The benefits of this

service will be improved accessibility, whether in the home or out in the farm fields. While 3G works, 4G will bring cable-like capability to our more rural areas of the state."

85.     Attached to this Declaration as Exhibit 83 is a true and correct copy of a May 25, 2011 letter in support of the merger submitted to the FCC by the United States Cattleman's Association, as retrieved from the FCC Merger Website on August 31, 2011.  The following statements appear at pages 1 and 2 of that document:

(a)     "In some parts of rural America, cattlemen can communicate with cattle buyers as well as employees on the ranch, with the simple push of a button. Moreover, access to advanced mobile broadband has improved the lives of residents in small towns and rural America through access to education, healthcare, and more."

(b)     "We believe this merger can help bring the kind of communications and infrastructure and innovation that rural America needs."

86.     Attached to this Declaration as Exhibit 84 is a true and correct copy of a May 18, 2011 letter in support of the merger submitted to the FCC by the National Rural Health Association, as retrieved from the FCC Merger Website on August 31, 2011.  The following statements appear at page 1 and 2 of that document:

(a)     "High-speed wireless access is the most ground-breaking development for rural health in decades. It allows  patients and their doctors to connect remotely, exchange vital health information, and conduct real-time video consultations. Telemedicine and eHealth also help to put the patient first through medication adherence technologies, mobile monitoring, and more."

(b)     "However, expanded high speed wireless service is only one piece of the puzzle. AT&T and T-Mobile's networks are technologically compatible; therefore, integration of the two networks will happen faster than might have otherwise been possible. Moreover, the technical compatibility will lead patients to experience faster connection speeds, greater reliability, and increased functionality."

87.     Attached to this Declaration as Exhibit 85 is a true and correct copy of a May 24, 2011 letter in support of the merger submitted to the FCC by SeniorNet, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)     "The AT&T and T-Mobile merger will help facilitate greater adoption of wireless broadband technology in the senior community because of the substantial service improvements that will result from this transaction. It is SeniorNet's understanding that the merger will make possible the rollout of advanced 4G LTE wireless service: service that is faster, more reliable, and allows for the real-time interaction that makes applications such as online education and telemedicine more powerful and user-friendly."

88.     Attached to this Declaration as Exhibit 86 is a true and correct copy of a June 6, 2011 letter in support of the merger submitted to the FCC by Avaya, Brocade, Facebook, Microsoft, Oracle, Qualcomm, Research in Motion and Yahoo!, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)     "AT&T's acquisition of T-Mobile represents a near term means of addressing the rising consumer demand. For example, the merged company will be able to leverage a larger network of cell sites allowing greater reuse of spectrum and increasing the wireless broadband capacity of the network. Furthermore, AT&T has indicated that it will migrate the T-Mobile network to LTE technology and offer LTE-based wireless broadband to 97.3 percent of the U.S. population. AT&T has stated that its LTE deployment will bring significant benefits to residents of rural areas and smaller communities, where the benefits of real-time video and similar capabilities are most urgently needed to fill gaps in physical infrastructure for healthcare, education, and other social needs."

89.     Attached to this Declaration as Exhibit 87 is a true and correct copy of a May 31, 2011 letter in support of the merger submitted to the FCC by Corning Incorporated, as retrieved from the FCC Merger Website on August 31, 2011.  The following statements appear at page 3 of that document:

(a)     "[W]e urge the Commission to give great weight to the public benefits cited herein:  improved spectrum use and efficiency, increased infrastructure investment, and expanded broadband access to areas that would not otherwise be served. These benefits give the FCC reason to look favorably on the merger."

90.     Attached to this Declaration as Exhibit 88 is a true and correct copy of a May 27, 2011 letter in support of the merger submitted to the FCC by Accenture, Acme Packet, Inc., ACT Teleconferencing, Inc., A D Technologies, ADTRAN, Advanced Call Center Technologies,

LLC, AFL Telecommunications, Alpha Technologies Ltd., Amdocs, Artel Video Systems,

Aspen Marketing Services, Inc., Avaya, Inc., BGN Limited, Black Box Network Services,

Brocade Communications Systems, Inc., Canoga Perkins Corporation, Ceragon Networks, Inc.,

Check Point Software Technologies, Ltd., Communications Test Design, Inc., Compucom

Systems, Inc., Convergys Corporation, D-Link Systems, Dieste, Dimension Data, Americas,

Directory Distributing Associates, Inc., Emerson Network Power, FEI-Zyfer, Inc., Fujitsu

Network Communications, Inc., GENBAND, GENCO ATC, General Dynamics Wireless

Services, Global Energy & Technology, Inc., Good Technology, Hacker Group, Hubbell-

Pulsecom, Interactive Digital Solutions, Interbrand, iStreamPlanet Co., Javelin Marketing Group,

JDS Uniphase Corporation, Johnson Controls, Inc., Madison Group, Inc., The Marketing Arm,

MEC, Metaswitch, NSC Global Limited, Oberther Technologies of America Corp., OFS,

Optelian Access Networks, Inc., Option NV, Pace Americas, Pantech Wireless, Inc., Personal

Communications Devices, LLC, Research in Motion, Rodgers Townsend, R.R. Donnelley,

Schwerdt Design Group, Inc., ScanSource, Inc., Securematics, Sedgwick Claims Management

Services, Shoretel, Inc., Sierra Wireless Inc., SOLUTIONSET, Sonus Networks, Inc., Star Tek,

Inc., Superior Essex Communications, LP, Sutherland Global Services Inc., Sykes Enterprises,

Incorporated, Symmetricom, Inc., Synchronoss Technologies, Inc., TE Connectivity, Tech

Mahindra, Limited, Tekelec, Telecom Assistance Group, Tellabs Operations, Inc., Telmar

Network Technology, UltiSat, Inc., Volt Information Sciences, Inc., Wipro Technologies, and

York Telecom Corporation,  as retrieved from the FCC Merger Website on August 31, 2011.

The following statements appear at page 2 of that document:

> (a)     "Given our nation's size and the federal government's fiscal realities, the
> best way to fulfill the President's goals is to encourage private investment and
> deployment of new network technologies. The AT&T-T-Mobile merger offers a clear
> path to that reality, as AT&T has committed to an incremental $8B investment to deploy

advanced 4G LTE networks to an additional 55 million Americans once the merger is approved. The infrastructure investment required to meet that commitment will produce and sustain jobs throughout the telecommunications industry and improve America's overall economic growth. For businesses such as ours, anything that accelerates deployment of new wireless technologies also means jobs and economic growth can be sustained." (endnotes omitted).

(b)     "[T]he merger will help move innovation forward. The combination of the networks will quickly provide the functional equivalent of new spectrum to assuage short-term issues associated with impending spectrum exhaust." (internal citations omitted).

91.     Attached to this Declaration as Exhibit 89 is a true and correct copy of a letter in support of the merger submitted to the FCC by Juniper Networks, as retrieved from the FCC Merger Website on August 31, 2011.  The following statements appear at pages 1-2 of that document:

(a)     "AT&T's acquisition of T-Mobile represents a near term means of addressing the rising consumer and business demand.  For example, the merged company will be able to leverage a larger network of cell sites allowing greater reuse of spectrum and increasing the wireless broadband capacity of the network.  We have been informed by AT&T that it will migrate the T-Mobile network to LTE technology and offer LTE-based wireless broadband to 97.3 percent of the U.S. population."

92.     Attached to this Declaration as Exhibit 90 is a true and correct copy of a May 25, 2011 letter in support of the merger submitted to the FCC by the Sierra Club, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)     "As part of the acquisition, AT&T has committed to expanding its 4G LTE . . . This is an important step toward expanding broadband to rural areas and building sustainable communities.  Expansion of broadband technologies to rural America brings a vital 21st century infrastructure to all our communities and will conserve energy by eliminating carbon emission related to travel and promote other efficiencies through smart grids and smart meters accessed through broadband."

93.     Attached to this Declaration as Exhibit 91 is a true and correct copy of a May 24, 2011 letter in support of the merger submitted to the FCC by The Future 500, as retrieved from

the FCC Merger Website on August 31, 2011.  The following statements appear at pages 1-2 of that document:

(a)  "Our support of the AT&T merger with T-Mobile is based on the clear environmental benefits our society will gain by deployment of high-speed wireless Internet networks."

(b)  "[W]e urge the FCC to expedite approval so that advanced wireless networks – with all the 'green' potential they hold – will soon be available to millions more Americans."

94.  Attached to this Declaration as Exhibit 92 is a true and correct copy of a comment in support of the merger submitted to the FCC by Mobile Future, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at pages 5 and 10 of that document:

(a)  "Professor Jeffrey Reed and Dr. Nishith Tripathi recently noted that it is 'implausible that AT&T could achieve capacity gains on anything like the scale that could be achieved through the merger in any remotely similar time-frame.'  The transaction will help ensure that consumers are able to download the latest streaming video, monitor their health using mobile applications, or remotely lower the air conditioning in their home, all from the palm of their hand."

(b)  "The higher data-rates and more ubiquitous LTE deployments spurred by the transaction will help stem the current adoption divide for Americans with disabilities by making possible a host of innovative and targeted applications and services available across accessible, cost-effective devices. Such applications and services will connect people with disabilities to new job, educational, communications, and civic opportunities, and provide them with improved access to medical information and specialized care, among other benefits." (footnote omitted)

95.  Attached to this Declaration as Exhibit 93 is a true and correct copy of a June 16, 2011 letter in support of the merger submitted to the FCC by the Indiana Family Institute, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)  "The proposed merger of T-Mobile and AT&T could well help alleviate this strain, by bringing high-speed Internet to Hoosier families that need it most. Among multiple benefits, broadband will help enable telecommuting, which has important quality of life, cost and environmental benefits. Studies have shown that those who

telecommute are healthier and more productive. Furthermore, telecommuting results in cost savings and less use of oil-based fuels."

(b)     "We hope that you and the Commission agree that these benefits are important ones for the families and communities that need them most."

96.     Attached to this Declaration as Exhibit 94 is a true and correct copy of a June 24, 2011 letter in support of the merger submitted to the FCC by 76 members of the United States House of Representatives.  The following statements appear at page 1 of that document:

(a)     "As a part of its merger proposal, AT&T has committed to building a next-generation wireless broadband network that proposes to cover 97 percent of Americans. Such a commitment will require billions of dollars in private investment capital and create thousands of jobs, including many good paying union jobs with solid benefits, which will greatly contribute to our continuing economic recovery."

97.     Attached to this Declaration as Exhibit 95 is a true and correct copy of an August 1, 2011 letter in support of the merger submitted to the FCC by Representative Lamar Smith (R, TX), Chairman, House Judiciary Committee, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at pages 1-2 of that document:

(a)     "[W]e heard evidence at our hearing that, among other benefits, the merger will allow AT&T to: (1) substantially improve the quality and capacity of its broadband network thereby creating jobs and spurring innovation; (2) use existing spectrum more efficiently to overcome the current spectrum shortage; (3) expand its LTE mobile broadband Internet service to 97% of America including much of rural America; and (4) provide better service to its customers thereby giving its competitors an incentive to improve their service."

98.     Attached to this Declaration as Exhibit 96 is a true and correct copy of an August 3, 2011 letter in support of the merger submitted to the FCC by Senator Michael Lee (R-UT), Ranking Member, Senate Committee on the Judiciary Subcommittee on Antitrust, Competition Policy and Consumer Rights and Senator John Cornyn (R-TX), Subcommittee Member, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)      "Based on the evidence available to the Subcommittee, there are a number of reasons why a merger between AT&T and T-Mobile may prove to be a positive step along the path to world-class wireless broadband throughout the United States. Some of this evidence suggests that the merger would provide significant and immediate efficiencies enabling enhanced service quality, expanded network capacity, and increased data speeds—particularly given the companies' roughly compatible networks, complementary spectrum holdings, and well-matched cell-site grids."

99.      Attached to this Declaration as Exhibit 97 is a true and correct copy of a June 14, 2011 letter in support of the merger submitted by Governor Robert Bentley of Alabama, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)      "We face many obstacles, however, in economic development in our state. In today's modern world, access to high speed broadband is critical to recruiting new business and industry. And while our country has made considerable progress in expanding broadband access, there still is much work to be done – a truism we see especially in our state's more rural areas. It is this commitment to economic betterment that has prompted me to write to you today urging you to approve the AT&T and T-Mobile merger."

100.      Attached to this Declaration as Exhibit 98 is a true and correct copy of a June 20,2011 letter in support of the merger submitted to the FCC by Governor Janice K. Brewer of Arizona, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 2 of that document:

(a)      "The proposed AT&T/T-Mobile merger is a single transaction that promises to get the ball rolling towards addressing [the technology needs of the elderly and residents in remote areas and towards enabling students to access distance-learning programs] for our state and the nation. At the very least, this deal is a springboard for launching American wireless service into the next generation."

101.      Attached to this Declaration as Exhibit 99 is a true and correct copy of a May 23, 2011 letter in support of the merger submitted to the FCC by Governor Mike Beebe of Arkansas, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at pages 1-2 of that document:

    (a)    "This proposed acquisition will be … beneficial, as it will allow AT&T to bring 4G LTE mobile broadband to an additional 55 million Americans, including many in smaller communities that are underserved today," and that the acquisition "means access to state-of-the-art technology for health care, education, and other social services, as well as new jobs and economic growth."

102.    Attached to this Declaration as Exhibit 100 is a true and correct copy of a May 31, 2011 letter in support of the merger submitted to the FCC by Governor Dannel P. Malloy of Connecticut, as retrieved from the FCC Merger Website on August 19, 2011.  The following statements appear at page 2 of that document:

    (a)    "[T]his transaction means a better wireless experience for the people of Connecticut, who will experience fewer dropped and blocked calls and faster mobile broadband speeds. Competition should remain strong, and employees of the merged companies can expect management's respect. Post-merger employment cannot be predicted with certainty, but history suggests a stronger company may mean more jobs, not less."

103.    Attached to this Declaration as Exhibit 101 is a true and correct copy of a May 27, 2011 letter in support of the merger submitted to the FCC by Governor John W. Hickenlooper of Colorado, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at pages 1-2 of that document:

    (a)    "If the proposed merger is approved, our hope is that high speed access will spread across our state – spurring innovation and connecting Colorado communities. . . .  As you consider the policy consequences of this proposed merger, please give close attention to the prospect we have for enhancing capacity and improving connectivity so that more communities – particularly in rural areas – can fully participate in the economic potential of broadband access."

104.    Attached to this Declaration as Exhibit 102 is a true and correct copy of a June 8, 2011 letter in support of the merger submitted to the FCC by Governor Jack Markell of Delaware, as retrieved from the FCC Merger Website on August 18, 2011 and a June 21, 2011 letter in support of the merger by Governor Rick Scott of Florida.

105.    Attached to this Declaration as Exhibit 103 is a true and correct copy of a May 17, 2011 letter in support of the merger submitted to the FCC by Governor Nathan Deal of Georgia,

as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)      "I urge you to support AT&T's acquisition of T-Mobile USA. . . .  From urban to rural areas, businesses and workers, minorities and our children all stand to gain by combining these two networks and helping to connect our citizens to the latest technology."

106.      Attached to this Declaration as Exhibit 104 is a true and correct copy of a May 17, 2011 letter in support of the merger submitted to the FCC by Governor C.L. "Butch" Otter of Idaho, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)      "Creating jobs for Idahoans requires a plan for harnessing Idaho's immense resources, talents and entrepreneurial spirit and leveraging them with public-private partnerships that work in the marketplace and our communities. That requires the kind of communications infrastructure that the proposed merger of AT&T and T-Mobile promises. . . . The proposed AT&T/T-Mobile merger will enable small businesses and agri-businesses to access 4G LTE wireless services that will drive the nation's most competitive business platforms, allowing them to expand and compete more effectively in domestic and world markets."

107.      Attached to this Declaration as Exhibit 105 is a true and correct copy of a May 26, 2011 letter in support of the merger submitted to the FCC by Governor Terry E. Branstad of Iowa, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at pages 1-2 of that document:

(a)      "I believe the merger between AT&T and T-Mobile . . . is a critical step in bringing enhanced wireless connectivity and providing greater opportunities to all our small towns and cities. . . . With more and higher-quality wireless options, Iowa will be able to create additional business opportunities, provide better educational opportunities, and more accessible health care options for thousands of Iowans. . . . The merger will strengthen the wireless network, which in turn will help consumers stay connected."

108.      Attached to this Declaration as Exhibit 106 is a true and correct copy of a May 26, 2011 letter in support of the merger submitted to the FCC by Governor Steven L. Beshear of

Kentucky, as retrieved from the FCC Merger Website on August 18, 2011.  The following

statements appear at page 1 of that document:

> (a)      "The merger of T-Mobile USA and AT&T is a private-sector initiative
> that complements [Kentucky's] efforts to build Kentucky's future now and that's why I
> support it. Once approved, the merged company would be able to expand the upgrade of
> its existing wireless networks to offer our residents, businesses, schools, hospitals, and
> other organizations with access to state-of-the-art mobile broadband technologies."

109.      Attached to this Declaration as Exhibit 107 is a true and correct copy of a May 19,

2011 letter in support of the merger submitted to the FCC by Governor Bobby Jindal of

Louisiana, as retrieved from the FCC Merger Website on August 19, 2011.  The following

statements appear at page 1 of that document:

> (a)      "With this merger, Louisiana communities and businesses, especially in
> our rural areas, will be able to participate and compete even more in the global
> economy."

110.      Attached to this Declaration as Exhibit 108 is a true and correct copy of a May 19,

2011 letter in support of the merger submitted to the FCC by Governor Paul R. LePage of Maine,

as retrieved from the FCC Merger Website on August 18, 2011.  The following statements

appear at page 2 of that document:

> (a)      "For a rural state like Maine, the economic benefit of having access to the
> fastest wireless technology available is significant. To realize the promise of better
> opportunities for our businesses, expanded access to healthcare through telemedicine, and
> new educational opportunities available provided through distance learning, requires
> access to the latest in communications technology. As described by AT&T and T-Mobile,
> the proposed merger will help accelerate access to 4G LTE technology and close the
> digital divide in our state."

111.      Attached to this Declaration as Exhibit 109 is a true and correct copy of a June 17,

2011 letter in support of the merger submitted to the FCC by Governor Martin O'Malley of

Maryland, as retrieved from the FCC Merger Website on August 18, 2011.  The following

statements appear at page 1 of that document:

(a)      "If we are to continue our progress as a state and nation, we must find ways to provide more access to faster mobile broadband networks, and I believe that the merger of AT&T and T-Mobile USA could potentially enable us to achieve that goal."

112.    Attached to this Declaration as Exhibit 110 is a true and correct copy of a May 19, 2011 letter in support of the merger submitted to the FCC by Governor Rick Snyder of Michigan, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at pages 1-2 of that document:

(a)      "The expanded wireless broadband network will extend to all corners of our state, promising faster speeds and more reliable services that will help employers and consumers across Michigan reinvent the way they do business, communicate, and compete. The innovation this will foster will help drive our economy, attract investment, and create new opportunities for employment."

113.    Attached to this Declaration as Exhibit 111 is a true and correct copy of an August 12, 2011 letter in support of the merger submitted to the FCC by Governor Jeremiah W. (Jay) Nixon of Missouri, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)      "If approved, this acquisition will continue to expand Missourians' access to the latest high-speed, broadband technology, benefiting businesses, families and schools across the state."

114.    Attached to this Declaration as Exhibit 112 is a true and correct copy of a May 27, 2011 letter in support of the merger submitted to the FCC by Governor Brian Sandoval of Nevada, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 2 of that document:

(a)      "With the expanded wireless broadband capacity that will result from the AT&T/T-Mobile merger, many Nevada constituencies will benefit and become better positioned to help move our state forward in continued economic recovery."

115.    Attached to this Declaration as Exhibit 113 is a true and correct copy of a May 31, 2011 letter in support of the merger submitted to the FCC by Governor Beverly Eaves Perdue of

North Carolina, as retrieved from the FCC Merger Website on August 18, 2011. The following statements appear at page 1 of that document:

> (a)   "The proposed merger of AT&T and T-Mobile presents another development in the marketplace which can benefit the people of my state."

116.   Attached to this Declaration as Exhibit 114 is a true and correct copy of a July 1, 2011 letter in support of the merger submitted to the FCC by Governor Jack Dalrymple of North Dakota, as retrieved from the FCC Merger Website on August 18, 2011. The following statements appear at page 1 of that document:

> (a)   "Completion of this merger will help to eliminate the obstacles we've faced getting wider deployment of high-speed broadband technology across expansive geographic areas in the state. The broader data reach that AT&T is promising would include near-blanket 4G wireless coverage in North Dakota."

117.   Attached to this Declaration as Exhibit 115 is a true and correct copy of a June 9, 2011 letter in support of the merger submitted to the FCC by Governor John R. Kasich of Ohio, as retrieved from the FCC Merger Website on August 18, 2011. The following statements appear at page 1 of that document:

> (a)   "The combination of T-Mobile and AT&T . . . would position Ohio to take advantage of the economic recovery, assisting development in our hard-hit cities and in rural areas of the state, like the northwest and the Appalachian area in southeast Ohio."

118.   Attached to this Declaration as Exhibit 116 is a true and correct copy of a May 16, 2011 letter in support of the merger submitted to the FCC by Governor Mary Fallin of Oklahoma, as retrieved from the FCC Merger Website on August 18, 2011. The following statements appear at page 1 of that document:

> (a)   "The proposed merger between AT&T and T-Mobile USA offers a unique opportunity for Oklahoma. Efficiencies realized with successful completion of this merger will bring fast wireless broadband to a large percentage of Oklahomans that otherwise would not have access to these important services."

119.    Attached to this Declaration as Exhibit 117 is a true and correct copy of a May 21, 2011 letter in support of the merger submitted to the FCC by Governor Nikki R. Haley of South Carolina, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)    "This merger will enable a more efficient and effective use of available spectrum. . . .  Our state is a sea of small towns and rural communities, with islands of population and commerce . . . . From a technological perspective, [the merger] will put small towns like Bamberg and Chesterfield on an even playing field with population centers like Greenville and Charleston in their efforts to attract new jobs and take advantage of educational opportunities."

120.    Attached to this Declaration as Exhibit 118 is a true and correct copy of a June 21, 2011 letter in support of the merger submitted to the FCC by Governor Dennis Daugaard of South Dakota, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)    "Fast and reliable broadband will add to an already great quality of life that we enjoy in South Dakota. Added connectivity will allow our state's schools the ability to better collaborate, provide an excellent platform for more efficient healthcare delivery, and better connect some of our state's most vulnerable; the disabled and elderly. These opportunities will be extended to many rural areas that are currently underserved."

121.    Attached to this Declaration as Exhibit 119 is a true and correct copy of a May 27, 2011 letter in support of themerger submitted to the FCC by Governor Bill Haslam of Tennessee, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)    "The combination of [AT&T's and T-Mobile's] networks would create an environment for expanded access to broadband technologies that helps grow our economy, attract high-quality jobs, and will provide greater resources for our classrooms."

122.    Attached to this Declaration as Exhibit 120 is a true and correct copy of a May 25, 2011 letter in support of the merger submitted to the FCC by Governor Rick Perry of Texas, as

retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 2 of that document:

    (a)    "The future rests in wireless broadband, and the federal government's swift approval of the merger between AT&T and T-Mobile would send a strong signal to employers, consumers and states that our federal government is serious about meeting the communication and technology needs of Texans and all Americans."

123.    Attached to this Declaration as Exhibit 121 is a true and correct copy of a June 20, 2011 letter in support of the merger submitted to the FCC by Governor Peter Shumlin of Vermont, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

    (a)    "In population terms, the commitment to expansion would increase service offering from 47% to 90% of our population.  It is this state by state commitment to deploy the combined spectrum assets of AT&T and T-Mobile, and build network capacity that holds the most promise for Vermont."

124.    Attached to this Declaration as Exhibit 122 is a true and correct copy of a June 21, 2011 letter in support of the merger submitted to the FCC by Governor Earl Ray Tomblin of West Virginia, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

    (a)    "In rural states like West Virginia, we are too often the last to have access to the latest technology. As you can imagine, it is a source of significant frustration to both our citizens and businesses. So when a company states that they will bring the latest wireless broadband technology to virtually every part of West Virginia, I support their efforts."

125.    Attached to this Declaration as Exhibit 123 is a true and correct copy of a July 27, 2011 letter in support of the merger submitted to the FCC by Dustin McDaniel, Attorney General of Arkansas, Luther Stranger, Attorney General of Alabama, Sam Olens, Attorney General of Georgia, Jack Conway, Attorney General of Kentucky, Bill Schuette, Attorney General of Michigan, Jim Hood, Attorney General of Mississippi, Wayne Stenehjem, Attorney General of North Dakota, Marty Jackley, Attorney General of South Dakota, Mark Shurtleff, Attorney

General of Utah, Darrell McGraw, Attorney General of West Virginia, and Greg Phillips,

Attorney General of Wyoming, as retrieved from the FCC Merger Website on August 18, 2011.

The following statements appear at pages 1-2 of that document:

       (a)    "The faster speeds and higher capacity [that will result from the proposed merger] will put advanced new services and capabilities – like telemedicine, distance learning, cloud computing, mobile video conferencing and many others – in the hands of many more of our citizens, students, businesses and civil servants, including those living in small towns and rural and underserved areas. Encouraging this type of substantial private sector investment is important for spurring jobs and economic development growth in our states in the midst of these challenging times."

       126.    Attached to this Declaration as Exhibit 124 is a true and correct copy of a June 15,

2011 letter in support of the merger submitted to the FCC by the Illinois House of

Representatives Telecommunications Committee, as retrieved from the FCC Merger Website on

August 18, 2011.  The following statements appear at page 1 of that document:

       (a)    "As members of the Illinois House of Representatives Telecommunications Committee, we recognize that government policy directly impacts capital investment in wireless broadband networks. Mobile broadband fuels economic growth and we support this merger's efforts to increase wireless broadband access, especially for our constituents. The increase in 4G LTE coverage that would be made possible with this merger will be critical to the economy, health care, education and public safety. In fact, it will expand these opportunities to more than 300 million people."

       (b)    "In today's economy, more mobile broadband means more opportunities for job creation and economic growth. This merger between AT&T and T-Mobile will be a shot in the arm to the economy of Illinois and the country."

       127.    Attached to this Declaration as Exhibit 125 is a true and correct copy of a June 10,

2011 letter in support of the merger submitted to the FCC by four Wisconsin State

Representatives and one State Senator, as retrieved from the FCC Merger Website on August 18,

2011.  The following statements appear at page 1 of that document:

       (a)    "The merger will bring billions of dollars in new private investment to strengthen America's wireless infrastructure and will bring this technology to almost every American. This undertaking is no small project and will require new jobs and workers."

(b)     "The merger of these two companies will also bring the latest in wireless technology, 4G LTE coverage, to more Americans, including most Wisconsin citizens. Consumers and small businesses will be offered affordable and high quality service. Finally, those living in rural areas across our state will now have enhanced mobile capabilities with faster Internet speeds."

128.     Attached to this Declaration as Exhibit 126 is a true and correct copy of a June 21, 2011 letter in support of the merger submitted to the FCC by Sal Pace, Colorado State Representative, House District 46, as retrieved from the FCC Merger Website on August 18, 2011.  The following statement appears at page 1 of that document:

(a)     "The merger is in alignment with Colorado's goals to modernize and expand digital infrastructures as well as increasing economic sustainability of our current and future businesses."

129.     Attached to this Declaration as Exhibit 127 is a true and correct copy of a July 15, 2011 letter in support of the merger submitted to the FCC by William G. Batchelder, Speaker, Ohio House of Representatives, as retrieved from the FCC Merger Website on August 18, 2011. The following statements appear at page 1 of that document:

(a)     "As we work to get Ohio back on track and explore ways to create jobs and stimulate Ohio's economy, it is apparent AT&T's proposed merger with T-Mobile could be a win for consumers and workers by creating new opportunities for large and small businesses in every corner of our great state."

(b)     "One of the key benefits of this transaction will be increased investment in mobile broadband technologies, which is a critical component for economic growth and innovation. The wide range of businesses and industries throughout Ohio stand to benefit greatly from this transaction, as it will provide for the creation of jobs and present new employment opportunities for consumers and businesses."

130.     Attached to this Declaration as Exhibit 128 is a true and correct copy of a statement in support of the merger submitted to the FCC by the American Federation of Teachers, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)     "The AT&T acquisition of T-Mobile is a positive step for the expansion of broadband communications networks. At a time when access to high speed broadband

defines access to educational opportunities, economic development, job training, health care and government services, far too few Americans have reliable and affordable access. Not only will T-Mobile customers get quick access to the AT&T network, but as part of the merger, AT&T is committed to build out to nearly every part of the United States within four years. . . .   Inner-city students will get increased access to resources. And increasing internet speed, where the U.S. ranks 25th in the world behind countries like Romania, will make it possible to use on-line educational tools wherever one lives."

131.    Attached to this Declaration as Exhibit 129 is a true and correct copy of a May 24, 2011 letter in support of the merger submitted to the FCC by the National Coalition for Public School Options, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at page 1 of that document:

(a)    "Online schools, distance learning, and Internet courses offer students access to a world-class education from the comforts of their own homes, so long as the student has access to high-speed broadband. The singular reason that our organization would support a merger of telecommunications companies is because we believe it will accelerate the ubiquitous availability of high-speed broadband and therefore allow for more students to have access to a quality education through online learning options."

(b)    "NCPSO urges the Federal Communications Commission to assess the multitude of educational benefits to America's students and approve this merger."

132.    Attached to this Declaration as Exhibit 130 is a true and correct copy of a May 27, 2011 letter in support of the merger submitted to the FCC by the United States Distance Learning Association, as retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear at pages 1-2 of that document:

(a)    "This merger will transform the way educational content is delivered as mobile broadband will become vastly more powerful with the widespread introduction of 4G LTE wireless service. Not only will e-learners have instant access to information, but these e-learners will have the ability to collaborate in real-time."

(b)    "This merger will enable more Americans to realize the benefits of distance learning through wireless devices, mobile apps, and other related educational tools. The AT&T and T-Mobile merger promises to further the cause of the USDLA and help the organization accomplish its mission."

133.    Attached to this Declaration as Exhibit 131 is a true and correct copy of a May 23, 2011 letter in support of the merger submitted to the FCC by the Mobile Area Education

Foundation, as retrieved from the FCC Merger Website on August 18, 2011.  The following

statements appear at page 1 of that document:

> (a)     "This acquisition will bring improved mobile broadband access to many communities, especially rural communities, in Alabama. That means more access to educational materials for our students. That means more ability for students to enrich their educational experience at home. And that means better educational outcomes for student [sic] who can take advantage of the latest technologies."

> (b)     "I truly believe the results of the deal could greatly benefit student s [sic] in Alabama and across America and ask you to quickly approve the pending transaction."

134.    Attached to this Declaration as Exhibit 132 is a true and correct copy of a July 21,

2011 letter in support of the merger submitted to the FCC by Bridging the Gap Outreach, Inc, as

retrieved from the FCC Merger Website on August 18, 2011.  The following statements appear

at page 1 of that document:

> (a)     "Education-wise, this merger is exactly what America needs. With access to the latest technology, students of today, who will be the leaders of tomorrow, have the tools at their disposal to thrive. Keeping students engaged and interested is key to giving them the best education possible."

## SPRINT NEXTEL PETITION TO DENY

135.    Attached to this Declaration as Exhibit 133 is a true and correct copy of the

redacted Petition to Deny filed with the FCC by Sprint Nextel Corporation on May 31, 2011, as

retrieved from the FCC Merger Website on August 19, 2011.

136.    Attached to this Declaration as Exhibit 134 is a true and correct copy of the

redacted Joint Declaration of Steven C. Salop, Stanley M. Besen, Stephen D. Kletter, Serge X.

Moresi, and John R. Woodbury of Charles River Associates, submitted as Attachment A to the

May 31, 2011 Sprint Nextel Petition to Deny, as retrieved from the FCC Merger Website on

August 19, 2011.

137.    Attached to this Declaration as Exhibit 135 is a true and correct copy of the

redacted Declaration of William Souder, Vice President of Pricing, Profitability and Operations

of Sprint Nextel Corporation, submitted as Attachment B to the May 31, 2011 Sprint Nextel

Petition to Deny, as retrieved from the FCC Merger Website on August 19, 2011.

138.     Attached to this Declaration as Exhibit 136 is a true and correct copy of the

redacted Declaration of John Dupree, Senior Vice President of Business Sales for Sprint Nextel

Corporation, submitted as Attachment C to the May 31, 2011 Sprint Nextel Petition to Deny, as

retrieved from the FCC Merger Website on August 19, 2011.

139.     Attached to this Declaration as Exhibit 137 is a true and correct copy of the

redacted Declaration of Paul W. Schieber, Jr., Senior Vice President of Roaming and Access

Planning for Sprint Nextel Corporation, submitted as Attachment D to the May 31, 2011 Sprint

Nextel Petition to Deny, as retrieved from the FCC Merger Website on August 19, 2011.

140.     Attached to this Declaration as Exhibit 138 is a true and correct copy of the

redacted Declaration of Fared A. Adib, Chief and Vice President of Production Development and

Platforms for Sprint Nextel Corporation, submitted as Attachment E to the May 31, 2011 Sprint

Nextel Petition to Deny, as retrieved from the FCC Merger Website on August 19, 2011.

141.     Attached to this Declaration as Exhibit 139 is a true and correct copy of the

redacted Declaration of John Carney, Senior Vice President of Consumer Marketing for Sprint

Nextel Corporation, submitted as Attachment F to the May 31, 2011 Sprint Nextel Petition to

Deny, as retrieved from the FCC Merger Website on August 19, 2011.

142.     Attached to this Declaration as Exhibit 140 is a true and correct copy of the

redacted Declaration of Steven Stravitz, consultant to Sprint Nextel Corporation from Spectrum

Management Consulting, submitted as Attachment G to the May 31, 2011 Sprint Nextel Petition

to Deny, as retrieved from the FCC Merger Website on August 19, 2011.

143.     Attached to this Declaration as Exhibit 141 is a true and correct copy of the redacted Declaration of Scott Kalinoski, Wholesales Sales Director for Sprint Nextel Corporation, submitted as Attachment H to the May 31, 2011 Sprint Nextel Petition to Deny, as retrieved from the FCC Merger Website on August 19, 2011.

144.     Attached to this Declaration as Exhibit 142 is a true and correct copy of the redacted Declaration of Gregory D. Block, Treasurer for Sprint Nextel Corporation, submitted as Attachment I to the May 31, 2011 Sprint Nextel Petition to Deny, as retrieved from the FCC Merger Website on August 19, 2011.

**OTHER PETITIONS TO DENY**

145.     Attached to this Declaration as Exhibit 143 is a true and correct copy of the redacted Petition to Deny filed with the FCC by MetroPCS Communications, Inc. and NTELOS Inc. on May 31, 2011, as retrieved from the FCC Merger Website on July 28, 2011.

146.     Attached to this Declaration as Exhibit 144 is a true and correct copy of the Petition to Deny filed with the FCC by Public Knowledge and Future of Music Coalition on May 31, 2011, as retrieved from the FCC Merger Website on July 28, 2011.

147.     Attached to this Declaration as Exhibit 145 is a true and correct copy of the Petition to Deny filed with the FCC by Rural Cellular Association on May 31, 2011, as retrieved from the FCC Merger Website on July 28, 2011.

148.     Attached to this Declaration as Exhibit 146 is a true and correct copy of the Petition to Deny filed with the FCC by Rural Telecommunications Group, Inc. on May 31, 2011, as retrieved from the FCC Merger Website on July 28, 2011.

149.     Attached to this Declaration as Exhibit 147 is a true and correct copy of the Petition to Deny filed with the FCC by the New Jersey Division of Rate Counsel on May 31, 2011, as retrieved from the FCC Merger Website on July 28, 2011.

150.    Attached to this Declaration as Exhibit 148 is a true and correct copy of the Comments filed with the FCC by USA Mobility Inc., on May 31, 2011, as retrieved from the FCC Merger Website on July 28, 2011.

151.    Attached to this Declaration as Exhibit 149 is a true and correct copy of the Comments filed with the FCC by Clearwire Corporation, on May 31, 2011, as retrieved from the FCC Merger Website on July 28, 2011.

152.    Attached to this Declaration as Exhibit 150 is a true and correct copy of the Petition to Deny filed with the FCC by Leap Wireless International, Inc. and Cricket Communications, Inc., on May 31, 2011, as retrieved from the FCC Merger Website on July 28, 2011.

153.    Attached to this Declaration as Exhibit 151 is a true and correct copy of the Petition to Deny filed with the FCC by the Computer & Communications Industry Association (CCIA), on May 31, 2011, as retrieved from the FCC Merger Website on July 28, 2011.

154.    Attached to this Declaration as Exhibit 152 is a true and correct copy of the redacted Comments filed with the FCC by the Consumer Electronics Retailers Coalition, on May 31, 2011, as retrieved from the FCC Merger Website on August 19, 2011.

155.    Attached as Exhibit 153 is a true and correct copy of the redacted Comments filed with the FCC by Japan Communications Inc. and Communications Security & Compliance Technologies, Inc., on May 31, 2011, as retrieved from the FCC Merger Website on July 28, 2011.

156.    Attached to this Declaration as Exhibit 154 is a true and correct copy of the Comments filed with the FCC by Fibertech Networks, LLC., on May 31, 2011, as retrieved from the FCC Merger Website on July 28, 2011.

*   *   *

I declare under penalty of perjury that the foregoing is true and correct.   Executed on

September 12, 2011, at Washington, D.C.

Joseph R. Baker