# STATE OF UTAH
OFFICE OF THE ATTORNEY GENERAL



MARK L. SHURTLEFF
ATTORNEY GENERAL

JOHN E. SWALLOW
Chief Deputy

*Protecting Utah • Protecting You*

KIRK TORGENSEN
Chief Deputy

September 14, 2011

The Honorable Rya W. Zobel
United States District Judge
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Room 6110
Boston, MA 02210

    RE:    Civil Action No. 1:11-cv-11448 - Request for Leave to File *Amicus* Memorandum

Dear Judge Zobel:

On behalf of the States of Utah, Alabama, Georgia, Louisiana, New Mexico, North Dakota, Oklahoma, and West Virginia ("*Amici* States"), I write to respectfully request that the Court grant leave to file the proposed *Amicus* Memorandum in Support of Plaintiff AT&T Mobility LLC's Motion for a Preliminary Injunction in the matter referenced above. A copy of the proposed *Amicus* Memorandum is attached to this letter.

Defendant's counsel have filed more than one thousand requests for arbitration seeking to enjoin the AT&T/T-Mobile merger. If allowed to proceed, such arbitrations threaten to eviscerate the well-established and orderly pre-merger review process that allows state authorities, such as State Attorneys General and State Public Utilities Commissions ("PUCs"), to determine whether the proposed merger between AT&T and T-Mobile USA comports with federal and state antitrust laws and is otherwise in the public interest. Furthermore, the more

than one thousand filed arbitrations create the risk of inconsistent outcomes, both among the various arbitrators and between arbitrators and state authorities.

The *Amici* States have a vital interest in maintaining the integrity and continued viability of this time-tested review process, which is ongoing with respect to the AT&T/T-Mobile merger. PUCs in three States have approved the proposed merger, and there are active reviews by State Attorneys General, two additional State PUCs and the Federal Communications Commission. On August 31, 2011, the U.S. Department of Justice filed suit to enjoin the merger, and that litigation is pending in the United States District Court for the District of Columbia. (*U.S. v. AT&T Inc.*, No. 1:11-cv-01560 (D.D.C.)).

A Federal District Court has discretion to allow the submission of *amicus* filings to assist in its analysis of the facts or issues relevant to the case. *See, e.g., Sony BMG Music Entm't v. Tenenbaum*, 672 F. Supp. 2d 217 (D. Mass. 2009). As the chief law enforcement officers of their respective States, the Attorneys General, as *Amici*, can provide a governmental perspective with respect to the disruptive and unprecedented impact of permitting defendant's arbitration to proceed.

For the reasons stated above, *Amici* States request that the Court grant them leave to file the attached *Amicus* Memorandum in Support of Plaintiff AT&T Mobility LLC's Motion for a Preliminary Injunction. Further, as non-parties to the case without ready access to the Court's electronic filing system, *Amici* States request leave to file the Memorandum conventionally in accordance with Local Rule 5.1. Copies of this letter and the proposed *Amicus* Memorandum have been sent to counsel for plaintiff and defendant.

Thank you for your consideration.

Respectfully,

MARK L. SHURTLEFF
Attorney General of Utah
P.O. Box 142320
Salt Lake City, UT 84114
(801) 538-9600

Enclosure

cc:    Matthew T. McLaughlin
Jonathan Sablone
Nixon & Peabody, LLP
100 Summer Street
Boston, MA 02110
*Counsel for Plaintiff*

Archis A. Parasharami
Andrew J. Pincus
Kevin Ranlett
Mayer Brown LLP
1999 K Street NW
Washington, DC 20006
*Counsel for Plaintiff*

David Pastor
Gilman and Pastor, LLP
63 Atlantic Avenue
3rd Floor
Boston, MA 02110
*Counsel for Defendant*